HENRY LINDHOLM v. MASSILLON RUBBER COMPANY, a Foreign Corporation. — Stay granted on condition that appeals from orders are ready for

argument on December 1, 1916. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.